IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN HOOD,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. GOVERNMENT,<br><br>    Defendant.<br>_____/ | No. C 12-01788 CRB<br><br>**ORDER OF SUA SPONTE REFERRAL** |

When cases that appear to be related have been assigned to different courts, the judge with the latest-filed case may refer his matter to the other judge for a determination of whether the cases are in fact related. See Local Civil Rule 3-12(c).

On behalf of himself and others similarly situated, Plaintiff Robin Hood has charged the United States and others for violations of the Racketeer-Influenced & Corrupt Organizations Act. The Complaint is difficult to interpret.

After careful examination of the docket, this Court has determined that Hood's action might be related to Robin Hood, et al. v. U.S. Government, Banking Industry. et al., No. 12-1542 ("Robin Hood I").

Hood filed Robin Hood I on March 27, 2012, and was assigned to Judge Susan Illston. Hood then filed this case on April 10, 2012. He additionally notified this Court of his desire to proceed before Judge Illston. See Declination to Proceed (dkt. 3).

Accordingly, pursuant to Rule 3-12(c), the Court refers this case straightway to the Honorable Judge Susan Illston for a determination of whether this action relates to <u>Robin Hood, et al. v. U.S. Government, Banking Industry, et al.</u>, No. 12-1542.

**IT IS SO ORDERED.**

Dated: April 13, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE