IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. 12-1788

ROBIN HOOD, et al.,

**JUDGMENT**

        Plaintiffs,

  v.

US GOVERNMENT, et al.,

        Defendants.

                                       /

This action is dismissed for failure to state a claim.  Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: June 18, 2012

_____
SUSAN ILLSTON
United States District Judge